| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Phillips, Virginia A | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U. S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>3470 Twelfth Street<br>Riverside, CA 92501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Directors | Federal Bar Association, Inland Empire Chapter (non-profit org.) |
| 2.   Member, Board of Directors | Children's Center of the Inland Counties (non-profit org.) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 10 A 10: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Virginia A | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank, Savings & Checking Accounts | A | Interest | J | T | | | | | |
| 2. Riv.Cmps. Fed Credit Union, IRA | A | Interest | J | T | | | | | |
| 3. UCBenefts:TaxDefrrd403(b)Plan (bond funds) | E | Interest | M | T | | | | | SEE VIII |
| 4. UBS* IRA Retirement Money Fund | A | Interest | J | T | | | | | *SEE VIII |
| 5. UBS* RMA/Govt. Money Market | A | Dividend | L | T | | | | | *SEE VIII |
| 6. UBS* Bank USA Dep. Acct. | A | Interest | L | T | | | | | *SEE VIII |
| 7. UBS PaceLargeCompValueEquity Inv Fund Class A (mutual fund) | A | Dividend | L | T | Sell | 12/30 | J | C | *See #17D(1) below |
| 8. Seligman Henderson Large Cap Value Fund Class A(mutual fund) | A | Dividend | J | T | | | | | |
| 9. Lord Abbott Affiliated Fund (IRA) (Mutual Fund) | C | Dividend | M | T | | | | | |
| 10. Van Eck Global Hard Assets Fund Class A (mutual fund) | A | Dividend | J | T | Sell | 10/06 | J | B | |
| 11. UBS PaceLargeCompValueEquity Inv Fund Class B (mutual fund)* | A | Dividend | J | T | Exchange | 07/01 | L | | * SEE VIII |
| 12. Seligman Henderson Large Cap Value Fund Class B(Mutual Fund) | A | Dividend | M | T | | | | | |
| 13. Hartford Cap. Appreciation Fund Class B (mutual fund) | A | Dividend | J | T | | | | | |
| 14. Hartford Stock Fund Class B (mutual fund) | A | Dividend | J | T | | | | | |
| 15. California General Obligation Bond | C | Interest | L | T | | | | | |
| 16. California General Obligation Bond | A | Interest | K | T | | | | | |
| 17. UBS U.S. Large Cap ValueEquity Fund | | | J | T | Exchg fm #7 | | | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION 7: Item No. 3D.(5): This item represents the 403(b) account established through my late husband's employer, the University of California. After his death in January 1998 these funds were transferred to me. They are held in broad, non-specific bond funds, analogous to the funds available to federal employees in the TSP.

SECTION 7: Item No.4A: This item was previously listed as: "Paine Webber IRA Retirement Money Fund."

SECTION 7: Item No. 5A: This item was previously listed as: "Paine Webber RMA/Govt Money Market."

SECTION 7: Item No. 6A: UBS replaced RMA Government Money Market with UBS Bank USA Deposit Account.

SECTION 7: Item No. 11A: (Converted to A shares July 1, 2004.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Phillips, Virginia A | 5/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa███████████████████          Date May 5 2005

NOTE: A██ ██████DUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544